UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ **09-82448**

| | |
|---|---|
| ROBERT C. LEWIN, individually, and BROWARD REHAB CENTER INC. ) ) ) ) Plaintiffs ) ) v. ) ) RAFAEL FOSS, individually, 888-444-PAIN, ) INC. and ACCIDENT AND WELLNESS ) CENTERS LLC ) ) Defendants. ) ) | **CIV-RYSKAMP** MAGISTRATE JUDGE VITUNAC |

FILED by _AJS_ D.C.

DEC 2 2 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## COMPLAINT

Plaintiffs, Robert C. Lewin and Broward Rehab Center, Inc., by and through their attorneys, hereby allege as follows:

### JURISDICTION & VENUE

1.     This is an action for service mark infringement, unfair competition and cyberpiracy under the United States Trademark ("Lanham") Act, 15 U.S.C. §§ 1051 et seq. This Court has subject matter jurisdiction under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121(a), §43 of the Lanham Act and the Judicial Code 28 U.S.C. §§ 1331 and 1338(b). This Court has supplemental jurisdiction of the state statutory and common law claims under 28 U.S.C. §§ 1338(b) and 1367(a). This complaint asserts claims for federal service mark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; for false designation of origin in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a) and (c); for Cyberpiracy in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(d); for state

1

service mark and trade name infringement under Florida Trademark Act (Fla. Stat. §495.001, et seq.) and the common law of Florida.

2.     This Court has jurisdiction and venue over this action and the parties based on the fact that all parties are domiciled in Florida.

## THE PARTIES

3.     Plaintiffs, Robert C. Lewin is now, and at all times mentioned, an individual resident of Florida.

4.     Broward Rehab Center Inc. is a Florida corporation with a principle address of 2659 W. Oakland Park Blvd, Oakland Park, Florida 33311.

5.     Robert C. Lewin is the owner and registrant of the mark 411PAIN, Registration No. 2,621,497 and Broward Rehab Center Inc. has the exclusive license to use, and sub-license, the mark 411PAIN. Hereinafter, Robert C. Lewin and Broward Rehab Center Inc. will be referred to collectively as "Broward Rehab."

6.     Defendant Rafael Foss is domiciled in Florida with an address of 4212 Northlake Blvd., Palm Beach Gardens, Florida 33410.

7.     Defendants 888-444-PAIN, INC. and Accident and Wellness Centers LLC have a business address of 4112 Northlake Blvd., Palm Beach Gardens, Florida 33410 and are organized under the laws of Florida.  Its registered agent for service of process is Rafael Foss located at 4212 Northlake Blvd, Palm Beach Gardens, Florida 33410

## SUMMARY OF THE COMPLAINT

8.     This action for service mark infringement, unfair competition, and cyberpiracy brought by Mr. Lewin and Broward Rehab under the provisions of the United States Trademark ("Lanham") Act against Rafael Foss's, 888-444-PAIN, INC.'s and Accident and Wellness Centers LLC's use of the mark 888-444-PAIN, the trade name 888-444-PAIN, INC. and the

domain name 888444PAIN.COM, based on Plaintiffs' prior use and federal registration of the service mark 411PAIN and the common law use of 800-411PAIN and 411PAIN.COM. Since at least as early as the summer of 1996, Mr. Lewin and his partner Mr. Guy Shapiro, now deceased, used the mark 411PAIN in combination with the mark 800-411-PAIN and its associated phone number for among other things, "advertising agency services" and for "providing medical information in the field of pain and general health care services." At least as early as 1998 Mr. Lewin, Mr. Shapiro and Broward Rehab Center Inc. published in various media a series of advertisements which featured a vehicle crash and then an authority figure (such as a police officer with a police cruiser, an EMT with ambulance, a fireman with a fire truck, etc.) conveying to the viewers that if they called the phone number associated with the mark 800-411PAIN or went to the web pages located at 411PAIN.COM they could get help after being injured in an vehicular accident, in a slip and fall accident or in a work related injury and receive information as to what to do next to protect themselves.  Currently, these advertisements are extremely well known and associated with Mr. Lewin through his company Broward Rehab Center Inc. (collectively referred to as "Broward Rehab").

9.     Subsequent to Broward Rehab's prior adoption and use of the 411PAIN mark and the domain name 411PAIN.COM and its expenditures of millions of dollars in advertising that has featured the mark 411PAIN, the domain name 411PAIN.COM and the mark 800-411PAIN with its associated phone number, defendants Rafael Foss, 888-444-PAIN, INC. and Accident and Wellness Centers LLC willfully and intentionally used the confusingly similar mark 888-444-PAIN and the associated phone number 888-444-7246 in various media advertisements in the South Florida area to divert potential consumers intended for Broward Rehab to Rafael Foss and his agents all without Broward Rehab's consent, authorization and approval.

10.    Further, Rafael Foss, 888-444-PAIN.COM, INC. and Accident and Wellness Centers, LLC knowingly, willfully and in bad faith acquired, maintained and/or used the domain name 888444PAIN.COM in various media advertisements in the South Florida area to trade off the goodwill of Broward Rehab's marks for its commercial purposes, including generation of substantial revenues by diverting Internet traffic intended for Broward Rehab to the 888444PAIN.COM web site which advertised and promoted, among other things, medical information, general health care services and general information regarding what to do next when involved in an accident – the same services as offered by Broward Rehab.

11.    Broward Rehab seeks a preliminary and permanent injunction, transfer of the domain name 888444PAIN.COM to Broward Rehab, damages, profits, statutory damages, attorneys fees and costs and other relief as more fully set forth below.

### STATEMENT OF FACTS

12.    As early as 1997, Robert Lewin and his partner Guy Shapiro, now deceased, began advertising the mark 800-411PAIN and its associated phone number 800-411-7246 as a pain information hotline and in 1998 obtained the domain 411PAIN.COM to use as one type of media to advertise the hotline. The two partners, as well as Broward Rehab Center Inc., published in various media, including but limited to, radio and television, a series of advertisements and collectively have spent millions of dollars in connection with this advertising. From 1998 through the October 2009, an excess of $13,200,000 has been spent in advertising the mark 411PAIN, the mark 800-411PAIN with its associated phone number 800-411-7246 and the domain 411PAIN.COM.

13.    Robert Lewin is the owner of the incontestable United States Service Mark 411PAIN, Registration No. 2,621,497, for "advertising agency services and providing medical information in the field of pain and general health care services." A copy of the United States

Certificate of Registration for the mark 411PAIN along with advertisements showing the mark as used are attached hereto as *Exhibit 1*. This registration is valid and subsisting and in full force and effect and has been promoted throughout the United States.

14.     On or about February 6, 2009, after the death of Mr. Shapiro, the Estate of Guy Shapiro assigned all rights to the jointly owned intellectual property to Robert C. Lewin. Attached hereto as *Exhibit 2* is a true and correct copy of the Assignment.

15.     On or about November 1997, Mr. Lewin obtained a license for the toll free number 800-411-7246 that is associated with the advertised 800-411PAIN mark, which is an open and visible use of the 411PAIN mark in the telephone number, and Broward Rehab began promoting it as a brand identifier for medical services, medical information services and general information regarding what to do when involved in any type of accident, be it a slip and fall or in a work related injury in various media advertising in the South Florida area. *See Lewin Declaration.*

16.     On or about June 30, 1998, Mr. Lewin registered the domain name <www.411PAIN.com>, which is an open and visable use of the 411PAIN mark in the domain name. Broward Rehab promoted the domain as a brand identifier in various media advertisements in the South Florida area for its services via the web pages located at the 411PAIN.COM domain. As a result of the promotional efforts, the distinctive 411PAIN.COM mark became associated with medical information services, general health care services and general information regarding what to do when involved in any type of accident, be it a slip and fall or in a work related injury. *See Lewin Declaration.*

17.     Due to Broward Rehab's promotional efforts, the distinctive mark 411PAIN, which is also incorporated in the advertised mark 800-411PAIN (associated with the telephone number 800-411-7246) and the domain 411PAIN.COM, the 411PAIN marks have become

associated exclusively with Broward Rehab's medical information, health care services, and a means for obtaining general information regarding what to do when involved in any type of accident, be it a slip and fall or in a work related injury. Broward Rehab has substantial common law rights to the distinctive marks 800-411PAIN and 411PAIN.COM.

18.     As a result of the supervision and control exercised by Broward Rehab's over the nature and quality of the services offered in connection with the 411PAIN marks, and the extensive advertising, sale and public acceptance of the marks, these distinctive marks have acquired celebrity symbolizing the extensive goodwill that Broward Rehab had created throughout the United States. Therefore, the distinctive 411PAIN marks have acquired significant secondary meaning in the minds of the relevant public and have become famous.

19.     In light of the fame and celebrity of the distinctive 411PAIN marks, Broward Rehab's marks have become an asset of enormous, if not incalculable, value to Broward Rehab.

20.     Long after Mr. Lewin's and Broward Rehab's first use of the 411PAIN marks and long after the marks acquired secondary meaning and become famous, Mr. Foss, 888-444-PAIN, INC. and Accident and Wellness Centers LLC (hereinafter, collectively referred to as "Foss & Companies") acquired, maintained, used and continues to use in various media advertising throughout the South Florida area the marks 888-444-PAIN and 888444PAIN.COM, the domain name "888444pain.com" and as the trade name 888-444-PAIN, INC. to identify its services related to disseminating medical information, health care services, and a means for disseminating information to the public about what to do next when injured in any type of accident – the same services as offered by Broward Rehab. *See Lewin Declaration.* Attached as *Exhibit 3* is a true "screen capture" of the web page from Big Mouth Advertising, located on the internet at BIGMOUTHADVERTISING.COM showing Accident and Wellness Centers LLC as a new client of Big Mouth Advertising with the contact number of 888-444-PAIN and the Internet web

address of www.888444PAIN.com. Attached, as *Exhibit 4* is a true "screen capture" of the web page located at ACCIDENTANDWELLNESS.COM showing Mr. Foss associated with the Accident and Wellness Centers LLC.

21.    Upon information and belief, Rafael Foss is the registrant of the domain name 888444PAIN.COM.    Upon information and belief, Rafael Foss paid Channel 39 for the commercial advertising of 888-444-PAIN and is the registrant of the domain name 888444PAIN.COM.

22.    The services being advertised by Foss & Companies are competitive with, related to or complement the services advertised, promoted and offered by Broward Rehab in connection with its well recognized and famous 411PAIN marks. Foss & Companies' advertisements in the media will be encountered by the same or a similar class of purchasers as those that are interested in or familiar with the services offered by Broward Rehab, or are the focus of Broward Rehab's 411PAIN advertising. Moreover the channels of trade at issue are the same.

23.    The use of 888-444-PAIN in its advertisement, 888444PAIN.COM as a domain name and 888-444-PAIN, INC. as a trade name, is likely to cause confusion with and/or dilute Broward Rehab's registered 411PAIN mark and the common law marks 800-411PAIN and 411PAIN.COM, in view of the fact that Foss & Companies' use of 888-444-PAIN and 888444PAIN.COM are confusingly similar because the mark and domain name are being used for the exact same services as offered by Broward Rehab creating a directly competitive situation.

24.    Foss & Companies' use of 888-444-PAIN and the associated telephone number 888-444-7246 is calculated to divert consumers seeking Broward Rehab to call a confusingly similar phone number associated with Foss & Companies by creating the false belief that there is

an association or affiliation between Foss & Companies and Broward Rehab. On information and belief, Foss & Companies profit from such confusing and unauthorized use of 888-444-PAIN.

25.    Foss & Companies' use of 888-444-PAIN has been undertaken deliberately, with knowledge of Broward Rehab's prior use of the famous 411PAIN marks and with the willful intent to cause mistake, to deceive and/or to confuse consumers into believing that Broward Rehab sponsors or approves of Foss & Companies' use of 888-444-PAIN and 888444PAIN.COM, thus causing injury to Broward Rehab.

26.    Foss & Companies continue to use 888-444-PAIN in its advertising and to benefit from such use.  As a result of their unlawful acquisition and use of 888-444-PAIN, Broward Rehab has lost control over its 411PAIN marks as Foss & Companies continues to trade off the brand recognition and goodwill established and represents a serious threat to Broward Rehab's lawful rights, including the rights granted to Mr. Lewin pursuant to 15 U.S.C. §§ 1057(b) and 1115.

27.    Foss & Companies continue to own the domain 888444PAIN.COM, which continues to be advertised on a third party web site, and such a registration and use infringes Broward Rehab's service mark rights. (See *Exhibit 4* the domain name 888444PAIN.COM advertised in conjunction with the company Accident and Wellness Center LLC).

28.    On or about August 12, 2009, after learning that Mr. Foss/Accident and Wellness Centers LLC paid for the media advertisements that included the 888-444-PAIN mark and its associated phone number 888-444-7246, Plaintiffs' attorneys sent Mr. Foss a certified letter advising him of Mr. Lewin's rights and requesting, among other things, that he cease all use of 888-444-PAIN.  Attached hereto as *Exhibit 5* is a true copy of the August 12, 2009 Letter with a copy of the signed returned receipt showing delivery.

29.     The August 12, 2009 letter was sent by certified mail to Mr. Foss at 4212 Northlake Blvd., Palm Beach Gardens, FL, the same address as that listed for 888-444-PAIN, INC. and Accident and Wellness Centers LLC.  Attached hereto as *Exhibit 6* is a true copy of the printout of the incorporation record for 888-444-PAIN, INC. and Accident and Wellness Centers LLC found at the web site <www.sunbiz.org>, the Florida Department of State Division of Corporation online database.

30.     By way of the August 12, 2009 letter, Mr. Foss was on notice of Broward Rehab's objections to Mr. Foss's unauthorized use of 888-444-PAIN, of Broward Rehab's request to cease and desist use of the confusingly similar 888-444-PAIN and Broward Rehab's intentions to seek further legal redress if Mr. Foss did not comply.  As of the filing of this complaint, Foss & Companies has failed to comply with Broward Rehab's requests.

31.     Foss & Companies' continue to use 888-444-PAIN in its advertising, in direct competition with and/ or related to the same services offered by Broward Rehab and this use is likely to cause confusion.  To address this injury, Broward Rehab must pursue this action to protect and enforce its valuable service mark rights.

## WILLFULNESS AND BAD FAITH OF MR. FOSS and 888-444-PAIN, INC AND ACCIDENT AND WELLNESS CENTERS LLC

32.     By reason of Broward Rehab's prior and extensive use of the 411PAIN marks and the extensive advertising expenditures, it is reasonable to infer that Foss & Companies had, prior to the acts complained of herein and continuing throughout their use of 888-444-PAIN, complete and full knowledge of Broward Rehab's prior rights in the marks 411PAIN, 800-411-PAIN, and 411PAIN.COM.

33.     Since the granting of a federally registered service mark, Registration No. 2,621,487 for the mark 411PAIN on September 17, 2002, Foss & Companies had constructive knowledge of Broward Rehab's rights to the 411PAIN mark and, since the receipt of the demand

letter on August 17, 2009, they had actual notice of Broward Rehab's rights in the 411PAIN mark, the 800-411PAIN mark and the 411PAIN.COM mark.

34.     Therefore, Foss & Companies continued ownership of the domain 888444PAIN.COM and use of 444-888-PAIN for the same services as Broward Rehab constitutes and ongoing, knowing, willful and bad faith violation of Broward Rehab's service mark rights.

## DAMAGES TO BROWARD REHAB

35.     The relevant consuming public is and will be confused or deceived into mistakenly attributing to or associating with Broward Rehab the services to which the 888-444-PAIN marks are associated. Broward Rehab has no affiliation with and no control over the use of the telephone number, 888-444-7246 linked to the mark 888-444-PAIN, or control over the mark 888-444-PAIN, or over the competitive services to which the 888-444-PAIN is associated. Such confusion threatens to undermine the market for Broward Rehab's services, and will irreparably injure Broward Rehab's goodwill in 411PAIN marks and otherwise harm Broward Rehab's business reputation.

36.     The relevant consuming public is and will be confused or deceived into mistakenly attributing to or associating with Broward Rehab the domain name 888444PAIN.COM. Broward Rehab has no affiliation with and no control over the use of the domain name and therefore, such confusion threatens to undermine the market for Broward Rehab's services, and will irreparably injure Broward Rehab's goodwill in 411PAIN marks and otherwise harm Broward Rehab's business reputation.

37.     The relevant consuming public is and will be confused or deceived into mistakenly attributing to or associating with Broward Rehab the services offered Foss & Companies. The trade name 888-444-PAIN, INC. is confusingly similar with Broward Rehab's

10

use of the marks 411PAIN and 800-411PAIN and 411PAIN.COM and such confusion threatens to undermine the market for Broward Rehab's services, and will irreparably injure Broward Rehab's goodwill in 411PAIN marks and otherwise harm Broward Rehab's business reputation.

38.     Foss & Companies actions described above (1) are likely to affect interstate commerce by deceiving or confusing the public throughout the nation, including but not limited to, South Florida; (2) constitute a false designation of the origin of the 888-444-PAIN mark with its associated telephone number 888-444-7246, the 888444PAIN.COM domain name, and the 888-444-PAIN, INC. trade name and those services to which the marks, telephone number, the domain name and the company is linked; (3) falsely suggest a non-existent connection between Foss & Companies and Broward Rehab; (4) falsely suggest that Broward Rehab has sponsored, licensed or approved of Foss & Companies' use of the mark 888-444-PAIN, the domain 888444PAIN.COM and the trade name 888-444-PAIN, INC; and/or have diluted, damages, blurred and tarnished the distinctive quality and value of Broward Rehab's marks and continues to do so.  Such confusion, infringement, unfair competition, and cybersquatting are and will continue to irreparably injure Broward Rehab's goodwill, business reputation and marks.

39.     All conditions precedent to the bringing of this action, have either been satisfied or have been waived by Defendants.

### FIRST CAUSE OF ACTION
### (Federal Service Mark Infringement Under the
### Lanham Act §§ 32 and/or 43(a), 15 U.S.C. §§ 1114 and/or 1125(a))

40.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

41.     By using 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. with knowledge that Broward Rehab owns and has used, and continues to use, its 411PAIN service

marks in South Florida and across the United States, Foss & Companies has intended to cause confusion and/or mistake and/or to deceive consumers.

42.     Foss & Companies' unauthorized use of 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. for the same services offered by Broward Rehab through the promotion of its distinctive 411PAIN marks, including the registered mark 411PAIN, Reg. No. 2,621,497, is calculated to and is likely to deceive, mislead and confuse the relevant consumers as to an affiliation, connection, or association with Broward Rehab or as to the origin, sponsorship or approval of Defendants' web site, services or commercial activities by Broward Rehab. Such actions therefore constitute service mark infringement in violation of §§ 32 and/or 43(a) of the Lanham Act, 15 U.S.C. §§ 1114 and/or 1125(a).

43.     As a proximate result of the acts of Foss & Companies as alleged herein, Broward Rehab has suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits, while Defendants have profited from their wrongdoing.

44.     Broward Rehab has no adequate remedy at law for the infringement of its service marks as alleged herein. Unless the use of 888-444-PAIN, 888-444-PAIN, INC. and 888444PAIN.COM are permanently enjoined by the Court pursuant to § 1116 and the domain transferred to Broward Rehab, Broward Rehab will continue to suffer irreparable harm.

45.     Broward Rehab is entitled to recover from Foss & Companies all damages it has and may later sustain due to Foss & Companies' improper conduct and is further entitled to recover Defendant's profits obtained from it improper conduct, in an amount to be proven and trebled, pursuant to 15 U.S.C. § 1117.

46.     The actions of Foss & Companies have been willful and deliberate and amount to exceptional circumstances, justifying an award of attorney's fees to Broward Rehab pursuant to 15 U.S.C. § 1117.

**SECOND CAUSE OF ACTION**
**(Federal Unfair Competition Under the**
**Lanham Act §§ 43(a) and/or 43(d)(1), 15 U.S.C. §§ 1125(a) and/or 1125(d)(1))**

47.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

48.     Broward Rehab's 411PAIN marks are inherently distinctive and has become exclusively associated with and exclusively identifies Broward Rehab's business and services.

49.     By reason of Foss & Companies' wrongful use of the mark 888-444-PAIN to identify the same services as Broward Rehab's 411PAIN marks and the wrongful use of the trade name 888-444-PAIN, INC. to identify a company associated with the same services as those offered by Broward Rehab, consumers are likely to believe that the 888-444-PAIN mark and 888-444-PAIN, INC. trade name originate with Broward Rehab, is sponsored or otherwise approved by Broward Rehab, when in fact the mark and trade name have no connection whatsoever with Broward Rehab and are neither approved or sponsored by Broward Rehab.

50.     By reason Foss & Companies' wrongful acquisition, continued ownership of the domain name 888444PAIN.COM to identify a business web site that previously offered services not emanating from Broward Rehab consumers are likely to believe that Foss & Companies' domain and web pages originated with Broward Rehab, is sponsored or otherwise approved by Broward Rehab or otherwise affiliated with Broward Rehab, when in fact the domain name 888444PAIN.COM have no connection whatsoever with Broward Rehab. The domain 888444PAIN.COM continues to be advertised on the Internet by third party web sites.

51.     By using 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. with knowledge that Broward Rehab owns and has used, and continues to use, its 411PAIN service marks in South Florida and across the United States, Foss & Companies actions constitutes

intentional conduct to make false designation of origin and false descriptions about Defendants services and commercial activities.

52.     Foss & Companies' unauthorized, misleading and willful use of 888-444-PAIN as a mark, as a domain and a trade name constitutes: (a) unfair competition/passing off; (b) false designation of origin; (c) false or misleading descriptions or representations of fact; (d) service mark infringement; and (e) false advertising, all of which is likely to cause confusion, or to cause mistake or to deceive consumers as to an affiliation, connection or association between Broward Rehab and Foss & Companies as to the origin, sponsorship or approval of Defendants' services and commercial activities, in and affecting interstate commerce, all in violation Lanham Act §§ 43(a) and/or 43(d)(1), 15 U.S.C. §§ 1125(a) and/or 1125(d)(1).

53.     As a proximate result of the acts of Defendants as alleged herein, Broward Rehab has suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits, while Defendants had profited at Broward Rehab's expense.

54.     Broward Rehab has no adequate remedy at law for the infringement of its service marks as alleged herein. Unless the use of 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. are permanently enjoined by the Court pursuant to § 1116 and the domain transferred to Broward Rehab, Broward Rehab will continue to suffer irreparable harm.

55.     Broward Rehab is entitled to recover from Foss & Companies all damages it has and may later sustain due to Foss & Companies' improper conduct and is further entitled to recover Defendant's profits obtained from it improper conduct, in an amount to be proven and trebled, pursuant to 15 U.S.C. § 1117.

56.     The actions of Defendant have been willful and deliberate and amount to exceptional circumstances, justifying an award of attorney's fees to Broward Rehab pursuant to 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION
### (Federal Cybersquatting Under Lanham Act § 43(d), 15 U.S.C. § 1125(d)(1)(A))

57.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

58.     Broward Rehab's 411PAIN marks are distinctive as used in connection with advertising agency services, providing medical information in the field of pain, general health care services and general informational services and is strong and indeed, famous, as a result of Broward Rehab's prominence in the marketplace and its extensive advertising, promotion and sale of services in connection with the 411PAIN marks.

59.     Subsequent to Broward Rehab's first use of it's 411PAIN marks and the marks' acquisition of fame and celebrity, Foss & Companies acquired and/or used the domain name 888444PAIN.COM and diverted Internet traffic to its web site that advertised the same services as Broward Rehab, services that are competitive with, related to or complementary to those offered by Broward Rehab in connection with 411PAIN.COM.

60.     Foss & Companies has wrongfully registered, trafficked in, and/or use the Internet domain name 888444PAIN.COM, which is and was known by Foss & Companies to be confusingly similar to and/or dilutive of Broward Rehab's 411PAIN marks, which were distinctive and/or famous at the time of registration of the domain name. As a result, consumers and others have been and will continue to be erroneously led to believe that Foss & Companies' domain name originated with or was sponsored or otherwise approved by Broward Rehab, in violation of § 43 (d) of the Lanham Act, 15 U.S.C. § 1125(d)(1)(A).

61.     Foss & Companies aforementioned acts were committed with the bad faith intent to profit from or trade off the fame, reputation and brand recognition inherent in Broward Rehab's 411PAIN marks.

62.     Foss & Companies' registration and use of the domain name 888444PAIN.COM is likely to cause confusion with respect to Broward Rehab's 411PAIN marks and is dilutive of Broward Rehab's distinctive 411PAIN marks.

63.     Foss & Companies' acts constitute cyberpiracy in violation of § 43 (d) of the Lanham Act, 15 U.S.C. § 1125(d)(1)(A).

64.     As a proximate result of Foss & Companies' unlawful acts as alleged herein, Broward Rehab has suffered and will, without judicial intervention, continue to suffer great damage to its business, goodwill, reputation and profits.

65.     Broward Rehab has no adequate remedy at law against the acts of cyberpiracy committed by Foss & Companies' as alleged herein. Unless the use of 888444PAIN.COM is permanently enjoined by the Court pursuant to 15 U.S.C. § 1116 and the domain name transferred to Broward Rehab pursuant to 15 U.S.C. § 1125(d)(1)(C), Broward Rehab will continue to suffer irreparable harm.

## FOURTH CAUSE OF ACTION
### (Federal Dilution Under Lanham Act
### § 43(c) and or § 43(d)(1), 15 U.S.C. § 1125(c) and/or § 1125(d)(1))

66.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

67.     Broward Rehab's 411PAIN marks are distinctive as used and registered by Broward Rehab in connection with advertising agency services, providing medical information in the field of pain, general health care services and general informational services; its registered mark 411PAIN is incontestable and its 411PAIN marks are strong, and indeed famous as a result of Broward Rehab's prominence in the market place and Broward Rehab's extensive advertising, promotion and sale of the services in association with its marks.

68.     Foss & Companies' wrongful and willful acquisition and use of the mark 444-888-PAIN, the domain name 444888PAIN.COM, and the trade name 444-888-PAIN, INC. for promoting and selling the services not emanating from, associated with or approved by Broward Rehab, dilutes, blurs, and diminishes the distinctive quality and value of Broward Rehab's registered 411PAIN mark, as well as the value of the 800-411PAIN and 800-411PAIN.COM common law marks, and diminishes and actually lessens the advertising value and selling power, and the identity and reputation that the 411PAIN marks might otherwise convey, in violation of 15 U.S.C. § 1125(c) and/or § 1125(d)(1).

69.     Foss & Companies' aforementioned acts constitute dilution of the distinctive quality of Broward Rehab's marks and cause irreparable injury to Broward Rehab's business, reputation and goodwill in violation of § 43(c) and/or 43(d) of the Lantham Act, 15 U.S.C. § 1125(c) and/or § 1125(d)(1).

70.     As a proximate result of Foss & Companies' actions as alleged herein, Broward Rehab has suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits.

71.     Broward Rehab has no adequate remedy at law for Foss & Companies' acts constituting dilution.  Unless the use of the mark 888-444-PAIN, the trade name 888-444-PAIN, INC. and the domain name 888444PAIN.COM are permanently enjoined by the Court pursuant to U.S.C. § 1116 and the domain name transferred to Broward Rehab, Broward Rehab will continue to suffer irreparable harm.

72.     Foss & Companies' willful acts as alleged herein, constitute an intention to trade on the recognition of the famous 411PAIN marks and Broward Rehab is entitled to recover from Foss & Companies all damages it has and may later sustain due to Foss & Companies' improper

conduct and is further entitled to recover Foss & Companies' profits obtained from their infringing conduct, in an amount to be proved and trebled, pursuant to 15 U.S.C. § 1117.

73.     The actions of Foss & Companies have been willful and deliberate and amount to exceptional circumstances, justifying an award of attorneys' fees to Broward Rehab pursuant to 15 U.S.C. § 1117.

## FIFTH CAUSE OF ACTION
### (Common Law Service Mark Infringement)

74.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

75.     Broward Rehab's common law marks, 800-411PAIN and 411PAIN.COM (which incorporate the federally registered mark 411PAIN), first adopted and used in commerce in 1996 and 1998, respectively, in the South Florida area, are distinctive as used by Broward Rehab in connection with advertising agency services, providing medical information in the field of pain, general health care services and general informational services; are strong, and indeed famous as a result of Broward Rehab's prominence in the market place and Broward Rehab's extensive advertising, promotion and sale of the services in association with its marks.

76.     Broward Rehab's 800-411PAIN and 411PAIN.COM distinctive marks have become exclusively associated with and exclusively identifies Broward Rehab's business and services, and as a result of the supervision and control exercised by Broward Rehab's over the nature and quality of the services offered in connection with these marks, and the extensive advertising, sale and public acceptance of the marks, these distinctive marks have acquired celebrity symbolizing the extensive goodwill and reputation that Broward Rehab had created

throughout the United States. Therefore, the distinctive 800-411PAIN and 411PAIN.COM marks have acquired significant secondary meaning in the minds of the relevant public and have become famous.

77.     By reason of Foss & Companies' wrongful and unauthorized use of the marks 888-444-PAIN and 888444PAIN.COM and the trade name 888-444-PAIN, INC., long after Broward Rehab's first use of 800-411PAIN and 411PAIN.COM, to identify the same services as Broward Rehab's 411PAIN marks and to identify a company associated with the same services as those offered by Broward Rehab in the same geographical area, consumers are likely to believe that the 888-444-PAIN and 888444PAIN.COM marks and 888-444-PAIN, INC. trade name originate with Broward Rehab, is sponsored or otherwise approved by Broward Rehab, when in fact the marks and trade name have no connection whatsoever with Broward Rehab, were neither approved or sponsored by Broward Rehab, all to the detriment of Broward Rehab and the unjust enrichment of Defendants.

78.     As a consequence of Foss & Companies' actions, consumer confusion as to the source and sponsorship of the services offered by Defendants is inevitable and the actions of Foss & Companies will continue to falsely suggest a connection with Broward Rehab in violation of the common law of the state of Florida, and to the detriment of Broward Rehab and the unjust enrichment of Defendants.

79.     Foss & Companies acts of service mark infringement have caused and will continue to cause Broward Rehab to suffer irreparable harm. Broward Rehab has no adequate remedy at law. The use of the mark 888-444-PAIN, the trade name 888-444-PAIN, INC. and the domain name 888444PAIN.COM must be restrained by this Court.

**SIXTH CAUSE OF ACTION**
**(Unfair Competition in Violation of Florida Common Law)**

80.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

81.     Broward Rehab's common law marks, 800-411PAIN and 411PAIN.COM (which incorporate the federally registered mark 411PAIN), first adopted and used in commerce in 1996 and 1998, respectively, in the South Florida area, are distinctive as used by Broward Rehab in connection with advertising agency services, providing medical information in the field of pain, general health care services and general informational services; are strong, and indeed famous as a result of Broward Rehab's prominence in the market place and Broward Rehab's extensive advertising, promotion and sale of the services in association with its marks.

82.     Broward Rehab's 800-411PAIN and 411PAIN.COM distinctive marks have become exclusively associated with and exclusively identifies Broward Rehab's business and services, and as a result of the supervision and control exercised by Broward Rehab's over the nature and quality of the services offered in connection with these marks, and the extensive advertising, sale and public acceptance of the marks, these distinctive marks have acquired celebrity symbolizing the extensive goodwill and reputation that Broward Rehab had created throughout the United States. Therefore, the distinctive 800-411PAIN and 411PAIN.COM marks have acquired significant secondary meaning in the minds of the relevant public and have become famous.

83.     By reason of Foss & Companies' wrongful and unauthorized use of the marks 888-444-PAIN, 888444PAIN.COM and trade name 888-444-PAIN, INC., long after Broward Rehab's first use of 800-411PAIN and 411PAIN.COM, to identify the same services as Broward Rehab's 411PAIN marks and to identify a company associated with the same services as those offered by Broward Rehab, consumers are likely to believe that the 888-444-PAIN and 888444PAIN.COM marks and 888-444-PAIN, INC. trade name originate with Broward Rehab,

is sponsored or otherwise approved by Broward Rehab, when in fact the marks and trade name have no connection whatsoever with Broward Rehab and are neither approved or sponsored by Broward Rehab.

84.     Foss & Companies' unauthorized, misleading and willful use of 888-444-PAIN as a mark, as a domain and a trade name constitutes and will full knowledge of the fame of the 411PAIN marks, intended to and did trade on the goodwill associated with the 411PAIN marks and have misled and will continue to mislead the public into assuming a connection between Defendants and Broward Rehab by Defendants use of 888-444-PAIN mark, domain name and trade name in connection with the same services offered by Broward Rehab.

85.     As a proximate result of the acts of Defendants as alleged herein, Broward Rehab has suffered and will continue to suffer great damage by tarnishing of its business, goodwill, reputation and the images associated with Broward Rehabs services.

86.     Broward Rehab has no adequate remedy at law for the acts of unfair competition as alleged herein. Unless the use of 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. are permanently enjoined by the Court, Broward Rehab will continue to suffer irreparable harm.

87.     Foss & Companies' willful acts as alleged herein, which permit and accomplish confusion, mislead and deceive the public as to the source of Defendants' services and suggest a connection with Broward Rehab, constitute acts of unfair competition with Broward Rehab in violation of the laws of the State of Florida.

## SEVENTH CAUSE OF ACTION
### (State Statutory and Common Law Trademark Dilution Pursuant to FLA. STAT §495.151)

88.     Broward Rehab realleges and incorporates herein by reference the allegations of paragraphs 1-39 of the Complaint as set forth above.

89.     The relevant consuming public associates with Broward Rehab an outstanding business reputation and quality services offered under its famous 411PAIN marks.

90.     Foss & Companies' use of the mark 888-444-PAIN, the domain 888444PAIN.COM and the trade name 888-444-PAIN, INC has diluted, damaged, blurred and tarnished the distinctive quality and value of Broward Rehab's marks and continues to do so.

91.     The acts of Foss & Companies have caused damage to Broward Rehab by tarnishing Broward's business reputation and dilution or blurring the distinctiveness of Broward Rehab's marks in violation of the laws of the State of Florida and specifically Florida Statutes § 495.151.

92.     Broward Rehab has no adequate remedy at law for the acts of unfair competition as alleged herein. Unless the use of 888-444-PAIN, 888444PAIN.COM and 888-444-PAIN, INC. are permanently enjoined by the Court, Broward Rehab will continue to suffer irreparable harm.

93.     By reason of the foregoing, Foss & Companies are liable to Broward Rehab for all remedies available under Florida Statues § 495.141, including but not limited to, injunctive relief, Defendants' profits and treble damages as compensatory damage.

PRAYER FOR RELIEF

WHEREFORE, Broward respectfully prays that the Court order the following relief:

A.     That the Court enter a preliminary and permanent injunction prohibiting Defendants', their officers, agents, servants, employees, and/or all persons acting in privity or in concert or participation with them or any of them, from:  (1) using the confusingly similar mark 888-444-PAIN, the associated telephone number 888-444-7246, the mark and domain name 888444PAIN.COM and the trade name 888-444-PAIN, INC., and any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases,

22

or designs in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites, in domain names, and as names for business entities); (2) registering or trafficking in any domain names containing the word "PAIN," or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; (3) engaging in any course of conduct likely to cause confusion, deception or mistake, or injure Broward Rehab's business reputation or weaken the distinctive quality of Broward Rehab's marks:

B.      A preliminary and permanent injunction requiring the current domain registrar to transfer the <www.888444PAIN.COM> domain name to Broward Rehab:

C.      A preliminary and permanent injunction requiring the current service provider of the telephone number 888-444-7246 to transfer the telephone number to Broward Rehab, or in the alternative, permanently disconnect the phone number:

D.      A declaratory judgment declaring pursuant to § 501.211(1) that Defendants' acts and practices violates FDUTPA, and injunction against Defendants' from further violating FDUTPA by using 888-444-PAIN as a mark, trade name and domain name; and award of damages sustained by Plaintiffs, including interest, costs, and attorney fees:

E.      An award of compensatory, consequential, statutory, and punitive damages in an amount to be determined at trial;

F.      An award of interest, costs and attorneys' fees incurred by Broward Rehab in prosecuting this action; and

G.      All other relief to which Broward Rehab is entitled.

## DEMAND FOR TRIAL BY JURY

Plaintiffs demand trial by jury for all issues so triable as a matter of law.

Dated:  December 22, 2009

Respectfully Submitted,

Jorge Espinosa, Esq.
Florida Bar # 779032
Jespinosa@etlaw.com
Michael Tschupp, Esq.
Florida Bar # 34656
Mtschupp@etlaw.com
ESPINOSA | TRUEBA PL
3001 S.W. 3rd Avenue
Miami, FL 33129
Tel:    305-285-2000
Fax:    305-285-5555

*Attorneys for Plaintiffs*

**Int. Cls.: 35 and 42**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,621,497**
Registered Sep. 17, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## 411PAIN

LEWIN, ROBERT C. (UNITED STATES INDIVI-
DUAL)
2659 W. OAKLAND PK BLVD
FT. LAUDERDALE, FL 33311

FOR: ADVERTISING AGENCY, IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 7-1-1996; IN COMMERCE 7-1-1996.

FOR: PROVIDING MEDICAL INFORMATION IN
THE FIELD OF PAIN; GENERAL HEALTH CARE
SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-1-1996; IN COMMERCE 7-1-1996.

SER. NO. 78-077,338, FILED 8-3-2001.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

**EXHIBIT**

*tabbies*

1

Side - 1

# NOTICE OF ACCEPTANCE AND ACKNOWLEDGEMENT OF §§8 & 15 DECLARATION
## MAILING DATE: Feb 19, 2009

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     2621497
**MARK:**     **411PAIN**
**OWNER:**     **LEWIN, ROBERT C.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Stevan H. Lieberman
GREENBERG & LIEBERMAN, LLC
2141 WISCONSIN AVE NW Suite C2
WASHINGTON, DC   20007



**Call Robert at 954-658-3232 or email Robert@411Pain.com**

# When does Advertising make sense for your Practice?

# When you decide that your Practice is also a Business and not just a Profession.



WWW.411PAIN.COM
**24 HOURS A DAY - 7 DAYS A WEEK**
*Se Habla Español - Nou Pale Creole*

▶ HOME    ▶ PROGRAM OVERVIEW    ▶ COMMERCIALS & PRINT ADS    ▶ FREQUENTLY ASKED QUESTIONS    ▶ CONTACT US

## The 411PAIN Program

- Home
- How the Number Works
- Web Advertising with 411 Pain.com
- Top Ten Reasons To Use 411Pain
- Commercials & Print Ads
- Testimonials from Chiropractors
- Actual Calls
- Frequently Asked Questions
- Contact Us

## Welcome to 411Pain.tv

Strong, credible and effective marketing is the formula for your success. Our dynamic television and radio commercials will help you cultivate a client base that no competitor can rival.

Competition is fierce, in today's marketplace you need the added muscle of direct response television and the internet to build or grow a practice. Our brand identification is clear and speaks directly to your target market.

Market Tested and Market Proven since 1997 to ring your phone on the 1st day of advertising! Market tested against national powerhouses such as the Cochran Firm and the Lawyers Group. **Representatives from a referral service have stated, "It is difficult to get a foot hold in this market because of 1-800-411-PAIN."**

**Find out what it's like having personal injury attorneys in your area courting you.**

- No Up Front Cost
- No Set Up Fees
- No Installation Fee
- No Sales People
- No Telephone Bill Markup

Now is your chance to make **1-800-411-PAIN** yours and capitalize on the strength of our proven brand power!

As a 411 Pain Advertising Group Affiliate you have everything you need to revolutionize the way you market your practice.

Call Now! Speak directly to the owner Robert on his personal cell phone 954-658-3232 or email him at Robert@411Pain.com.

# AUTO ACCIDENT

Millions of people have car accidents every year and almost every person involved in a car accident suffers an injury to some degree. The symptoms do not always appear immediately following the accident. It may be days or weeks before you start feeling stiffness, headaches, numbness and other symptoms. These symptoms may also include radiating pain in arms or down the legs. Face and chest injuries due to air bag deployment. You may have ankle pain due to slamming on the brakes or wrist pain from gripping the steering wheel so tightly. Sleep patterns may be effected as well as sexual function. These factors make it important to seek medical care for diagnosis and treatment following any auto accident. Accident victims often face medical bills, lost wages, pain and suffering and severe injuries. 1-800-411-PAIN provides help from start to finish, from filling out difficult paperwork, to billing the responsible insurance company for you.

◆ **Car accident victims are entitled to 10,000 in PIP Benefits**

◆ **Other accidents may include single car accidents, hit & runs, and pedestrians hit by a car, you may still be entitled to 10,000 in PIP Benefits**

◆ **If you were At-Fault you still have rights and may be entitled to 10,000 in PIP Benefits**

**1-800-411-PAIN is always there for you, holidays, nights, weekends, 24 hours a day, 7 days a week.**

**Auto Accident**     For Immediate Assistance Please Call: **1·800·411·**

AFTER 911, CALL 411

Please fill out the information below and you will be contacted ASAP.

**First Name**                    **Last Name**

**Address**                       **City**

**State**                         **Zip**

**Email**                         **Best Time to Contact**
                                  Select ▼

**Daytime Phone**                 **Cell Phone**

Submit     Reset

Remember, after dialing      , Call **411**. Contact us 24 hours a day, 7 days a week. **1-800-411-**

◆ 2007 All rights Reserved. | 1-800-411-PAIN◆

## TRADEMARK ASSIGNMENT

THIS ASSIGNMENT is made between Robert C. Lewin and Guy Shapiro, by and through the Estate of Guy Shapiro (hereinafter referred to as "Assignors"), and Robert C. Lewin with a principal address of 2659 W. Oakland Pk. Blvd., Ft. Lauderdale, Florida 33311 (hereinafter referred to as "Assignee").

WHEREAS, Guy Shapiro died on April 6, 2007 as evidenced by a true and correct copy of the death certificate attached hereto and incorporated herewith and made part of this Assignment;

WHEREAS, the Florida state probate laws transferred all intellectual property rights in the name of Guy Shapiro to the Estate of Guy Shapiro;

WHEREAS, Assignors adopted and are using marks for which they have filed applications in the United States Patent and Trademark Office (hereinafter referred to as "Marks") which are currently pending and / or registered and are listed in Schedule A, attached hereto and incorporated herewith and made part of this Assignment; and

WHEREAS, Assignee is desirous of acquiring said Marks identified on Schedule A.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, the Assignors do hereby assign, set over, and transfer to Assignee, the entire rights, title, and interests in and to the Marks, together with the goodwill of the business symbolized by the marks, and the identified applications for registration and registrations thereof.

IN TESTIMONY WHEREOF, Robert C. Lewin and the Executor of the Estate of Guy Shapiro (Assignors) have caused this document to be duly and legally executed.

By: _____
    Robert C. Lewin

By: _____
    Executor of the Estate of Guy Shapiro

STATE OF FLORIDA
COUNTY OF Miami-Dade

On this 6th day of February , 2009 before me came Robert C. Lewin and

Alice Shapiro the Executor of the Estate of Guy Shapiro to me known to be the individuals described in and who executed the foregoing instrument, and duly acknowledged that she/he executed the same.

_____
Notary Public

M. Marie Sublette
Commission # DD588013
Expires September 17, 2010
Bonded Thru Troy Fain - Insurance, Inc. 800-000-7010

**EXHIBIT**

2

## SCHEDULE A

Registration No. 2621497 (411PAIN)

Registration No. 2750243 (GET THE 411)

Registration No. 3110019 (DR. B)

Registration No. 3149431 (DOCTOR B)

App. Serial No. 78/911044 (AFTER 911 CALL 411)

STATE OF FLORIDA

## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

005122   **FLORIDA CERTIFICATE OF DEATH**   2007 050895

CAL FILE NO.

| 1. DECEDENT'S NAME (First, Middle, Last, Suffix) | | | 2. SEX |
|---|---|---|---|
| **GUY SHAPIRO** | | | **MALE** |

| 3. DATE OF BIRTH (Month, Day, Year) | 4a. AGE Last Birthday (Years) | 4b. UNDER 1 YEAR | 4c. UNDER 1 DAY | 5. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| **JULY 8 1963** | **43** | Months Days | Hours Minutes | April 6, 2007 |

| 6. SOCIAL SECURITY NUMBER | 7. BIRTHPLACE (City and State or Foreign Country) | 8. COUNTY OF DEATH |
|---|---|---|
| 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 | **MIAMI FLORIDA** | **MIAMI DADE** |

9. PLACE OF DEATH   HOSPITAL: __X__ Inpatient ___ Emergency Room/Outpatient ___ Dead on Arrival
(Check only one)   NON-HOSPITAL: ___ Hospice Facility ___ Nursing Home/Long Term Care Facility ___ Decedent's Home ___ Other (Specify)

| 10. FACILITY NAME (If not institution, give street address) | 11a. CITY, TOWN, OR LOCATION OF DEATH | 11b. INSIDE CITY LIMITS? |
|---|---|---|
| Jackson Memorial Hospital | **MIAMI** | X Yes ___ No |

| 12. MARITAL STATUS (Specify) | 13. SURVIVING SPOUSE'S NAME (If wife, give maiden name) |
|---|---|
| ___ Married ___ Married, but Separated ___ Widowed ___ Divorced __X__ Never Married | |

| 14a. RESIDENCE - STATE | 14b. COUNTY | 14c. CITY, TOWN, OR LOCATION |
|---|---|---|
| **FLORIDA** | **MIAMI DADE** | **MIAMI** |

| 14d. STREET ADDRESS | 14e. APT. NO. | 14f. ZIP CODE | 14g. INSIDE CITY LIMITS? |
|---|---|---|---|
| 3837 N.E. 167th STREET | | 33162 | X Yes ___ No |

| 15a. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life.) Do not use "Retired" | 15b. KIND OF BUSINESS/INDUSTRY |
|---|---|
| **CHIROPRACTOR** | **MEDICAL** |

16. DECEDENT'S RACE (Specify the race/races to indicate what decedent considered himself/herself to be. Must than one race may be specified.)
__X__ White ___ Black or African American ___ American Indian or Alaskan Native (Specify tribe) ___
___ Asian Indian ___ Chinese ___ Filipino ___ Japanese ___ Korean ___ Vietnamese ___ Other Asian (Specify)
___ Native Hawaiian ___ Guamanian or Chamorro ___ Samoan ___ Other Pacific Isl. (Specify) ___ Other (Specify)

17. DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify if decedent was of Hispanic or Haitian Origin) ___ Yes (If Yes, specify) __X__ No ___ Mexican ___ Puerto Rican ___ Cuban ___ Central/South American ___ Haitian ___ Other Hispanic (Specify)

| 18. DECEDENT'S EDUCATION (Specify the decedent's highest degree or level of school completed at time of death) | 19. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|
| ___ 8th or less ___ High school but no diploma ___ High school diploma or GED ___ Some college but no degree ___ College degree (Specify) ___ Associate __X__ Bachelor's ___ Master's ___ Doctorate | ___ Yes __X__ No |

| 20. FATHER'S NAME (First, Middle, Last, Suffix) | 21. MOTHER'S NAME (First, Middle, Maiden, Surname) |
|---|---|
| **JACK SHAPIRO** | **ALICE BECKER** |

| 22a. INFORMANT'S NAME | 22b. RELATIONSHIP TO DECEDENT | 22c. INFORMANT'S MAILING - STATE |
|---|---|---|
| **ALICE SHAPIRO** | **MOTHER** | **FLORIDA** |

| 22d. CITY OR TOWN | 22e. STREET ADDRESS | 22f. ZIP CODE |
|---|---|---|
| **AVENTURA** | **20500 WEST COUNTRY CLUB DRIVE #702** | **33180** |

| 23. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 23a. LOCATION - STATE | 23b. LOCATION - CITY OR TOWN |
|---|---|---|
| **VISTA MEMORIAL GARDENS** | **FLORIDA** | **MIAMI LAKES** |

24. METHOD OF DISPOSITION __X__ Burial ___ Entombment ___ Cremation ___ Donation ___ Removal from State ___ Other (Specify)

| 26. IF CREMATION, DONATION OR BURIAL AT SEA, WAS MEDICAL EXAMINER APPROVAL GRANTED? ___ Yes ___ No | 27a. LICENSE NUMBER (of Licensee) 3910 | 27b. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH ▶ Cathy Cannon |
|---|---|---|

| 28. NAME OF FUNERAL FACILITY | 28a. FACILITY'S MAILING - STATE |
|---|---|
| **VISTA FUNERAL HOME** | **FLORIDA** |

| 28b. CITY OR TOWN | 28c. STREET ADDRESS | 28d. ZIP CODE |
|---|---|---|
| **MIAMI LAKES** | **14200 NW 57th AVENUE** | **33014** |

29. CERTIFIER ___ Certifying Physician - To the best of my knowledge, death occurred at the time, date and place, and due to the cause(s) and manner stated.
__X__ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, due to the cause(s) and manner stated.

| 29a. Signature and Title of Certifier | 29b. DATE SIGNED (Month/Day/Year) April 7, 2007 | 29. TIME OF DEATH (Hr-Min) 20:00 | 29. MEDICAL EXAMINER'S CASE NUMBER 07-1-00866 |
|---|---|---|---|
| 29a. LICENSE NUMBER (of Certifier) 10424 | 29c. CERTIFIER'S NAME David F. Garavan, M.D. | | 31. NAME OF ATTENDING PHYSICIAN (If other than Certifier) |

| 32. CERTIFIER'S - STATE | 32a. CITY OR TOWN MIAMI | 34. STREET ADDRESS NUMBER ONE ON BOB HOPE ROAD | 32b. ZIP CODE 33136 |
|---|---|---|---|
| FLORIDA | | | |

| 35a. REGISTRAR ▶ | 35. DATE FILED BY REGISTRAR (Mo., Day, Yr.) APR 11 2007 DCV |
|---|---|



State Registrar

Date Issued: **NOV 1 2 2008**

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

51278723   CERTIFICATION OF VITAL RECORD   *512787 23*

HEALTH

*Text along left and right margins:* VOID IF ALTERED OR ERASED

.

# Welcome New Advertisers!

Big Mouth Advertising would like to welcome our newest advertisers to the Big Mouth Family and we hope you will patronize these quality businesses. We are very excited to have the opportunity to work with our new advertisors by offering them an amazing Marketing Partnership Plan, which consist of, but is not limited to:

- Highly visible vehicles that host/attend monthly special events, grand openings, and trade shows.
- Drivers distribute your information daily at various locations throughout their routes.
- We distribute your message to over 5,000 opted-in prospects through emails.
- We utilize numerous search engine placement resources to ensure the highest levels of visibility on our website.

**BMA WELCOMES!**

**Health Related Advertisers:**

Accident andWellness Center

4212 NorthLake Blvd, Palm Beach Gardens, FL 33410

888-444-PAIN

888444pain.com

––––––––––––––––––––

Generic Rx

3448 WestHillsboro Blvd.

DeerfieldBeach, FL 33442

561-862-7024

––––––––––––––––––––

GNS Chirporatic

2624 ForestHill Blvd.

West PalmBeach, FL 33406

561-296-1317

––––––––––––––––––––

Wellness MD

5458 TownCenter Road

Boca Raton,FL 33486

www.wellnessmdboca.com



www.bigmouthadvertising.com

Posted by Mike Meadows at 7/10/2009 1:54 PM ___ ⤵
Categories: New Customers
Tags: Boynton Beach Advertising Deerfield Beach Lake Worth South Florida Marketing Delray Beach West Palm Beach Big Mouth Advertising Boca Raton

**What did you think of this article?**

- ○ Liked
- ○ Disliked
- ○ No Opinion

Vote & See Results

**Trackbacks**

Trackback specific URL for this entry

No trackbacks exist for this entry.

## Back to Main Page

Copyright 2

**Quick Search**

Search only in titles:

Search
Advanced Search

**Syndicate**

- Entries Atom 1.0
- Comments Atom 1.0
- Entries RSS 2.0
- Comments RSS 2.0
- Podcasts RSS 2.0

**Monthly Archives**

2009
December 2009 (1)
October 2009 (4)
September 2009 (3)
July 2009 (4)
June 2009 (8)
February 2009 (1)
January 2009 (1)
2008

**Category Archives**

Event (2)
Events (4)
Franchise Growth (1)
Grand Openings (1)
Holiday (1)
NEW! (1)
New Customers (3)
News (9)
Partnership (1)
Updates (1)
What's New (1)

**Recent Entries**

Body Kneads Charity Event
Tuesday, December 01, 2009
Visit Franchise Broker Zakiyyah Austin at Rutgers University -
October 31, 2009
Wednesday, October 21, 2009
Big Mouth Advertising Welcome's North Carolina's Newest Advertiser
Thursday, October 08, 2009
Big Mouth Advertising Welcomes North Carolina's Newest Advertiser
Tuesday, October 06, 2009
Big Mouth Advertising Welcomes North Carolina's Newest Advertiser
Monday, October 05, 2009
Big Mouth Advertising Welcomes North Carolina's New Advertisers
Friday, September 25, 2009
Whats Happening in North Carolina?
Friday, September 25, 2009
Big Mouth Scores with "Big Gift Bags"
Saturday, September 19, 2009
Welcome New Advertisers!
Tuesday, July 14, 2009
Welcome New Advertisers!
Tuesday, July 14, 2009

**Recent Comments**

Crystal on Big Mouth Advertising Helps launch the Boca Raton VIPER campaign
11/17/2008

**December 2009**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |



EXHIBIT
3

- 

**Comments**

No comments exist for this entry.

**Leave a comment**

Submitted comments will be subject to moderation before being displayed.

Blogs by Go Daddy

39216

Enter the above security code (required)

Name

Email (will not be published)

Website

Your comment is 0 characters limited to 3000 characters.

☐ Subscribe to this entry
☐ Subscribe to this blog
☐ Remember me

Submit Comment | Cancel | Check Spelling

Accident and Wellness                                       http://www.accidentandwellness.com/about.html



Get the recovery you deserve!

**INJURED?** CALL SO WE CAN SERVE YOU
**561.627.2821**

home     about     faq     services

⍰**ABOUT ACCIDENT AND WELLNESS**



**After a car accident you shouldn't have to go through anymore pain to get the recovery you deserve.**

**Rafael Foss, D.C. and Robert Scarnecchia, D.C.**

⍰Auto Injuries
⍰Back Pain
⍰Neck Pain
⍰Whiplash
⍰Massage Therapists On Call 24/7
⍰Same Day Appointment
⍰Call And See Doctor Today

Our doctors are standing by 24/7 to answer your questions and can see you immediately, seven days a week. We may even be able to provide you with transportation if necessary. Let us help you as we have successfully done many patients in Florida.

Accident and wellness centers are dedicated to helping those in need of quality Chiropractic care, Massage and Acupuncture. Anti-aging, nutrition, and weight loss are some of the services that we offer. Our doctors asses the patient and treat them as a individual that they are. Have you been in a auto accident , we can help.

CALL 561-627-2821
Today to Speak With a Doctor Now. Doctors on-call 24/7 to answer your questions and schedule your free consult & x-ray
.

Clinic locations:

5804 Jog Rd.
Lake Worth FL, 33467 or

4212 Northlake Blvd.
Palm Beach Gardens Fl, 33410
**Chiropractors that care.**



EXHIBIT
tabbies
4



**Home | About Us| FAQ | Services | Testimonials | Contact**
Copyright © Accident and Wellness Center

# GREENBERG & LIEBERMAN LLC

Stevan H. Lieberman - MD, DC
Michael L. Greenberg - MD
Debora J. McCormick - DC

Of Counsel:
Honorable John Anderson

*PATENTS • TRADEMARKS • COPYRIGHTS • DOMAIN NAMES*
*PROSECUTION • LITIGATION • ARBITRATION • LICENSING*

August 12, 2009

Mr. Rafael Foss                                    VIA CERTIFIED MAIL
4212 Northlake Blvd.
Palm Beach Gardens, FL 33467

     RE:    Infringement by Use of 888-444PAIN
             <u>Our File No. 0347-20</u>

Dear Mr. Foss:

     Greenberg & Lieberman, LLC represents Robert C. Lewin with respect to trademark, unfair competition, copyrights and other intellectual property matters.  Our client has used the mark 411PAIN since 1996 and has a registered trademark, Registration No. 2621497, for the mark 411PAIN. Moreover, our client is the registrant of the domain name 411PAIN.COM that is used to advertise his services via numerous "video commercials." These commercials, as well as other television commercials, are broadcast throughout the southern Florida geographical area and are protected by common law copyrights.

     Our client has 13 years of established rights in the mark 411PAIN and 800-411-PAIN in the United States in association with advertising services, legal services, medical services and medical information services in the field of pain. As a result of our client's extensive use of 411PAIN, 800-411-PAIN and 411PAIN.COM the rights to these marks have become a valuable asset that our client intends to protect.

     Recently, our client became aware that the domain 888444PAIN.COM is being used 1) to broadcast video commercials with content that are strikingly similar to our client's commercials and 2) to divert traffic from our client's web page located at 411PAIN.COM to the confusingly similar 888444PAIN.COM domain and web page that offers the same or similar services as our client. Moreover, these same commercials are being broadcasted through various outlets, including but not limited to, Channel 39 in Ft. Lauderdale, Florida.

     The Digital Millennium Copyright Act of 1998 (DMCA) allows a copyright holder to send notice to registrars and service providers that they are assisting an infringer in a copyright violation and therefore, must pull down and/or discontinue broadcasting digital images that infringe another's' copyrighted materials. We were authorized to send such letters to 1) Melbourne IT, LTD D/B/A Internet Names Worldwide, the registrar where the domain name 888444PAIN.COM was currently registered, 2) Yahoo! Inc., the hosting company for the domain name 888444PAIN.COM, and 3) Channel 39, the Ft. Lauderdale, FL company that is broadcasting commercials that advertise the 888444PAIN commercials. Enclosed with this letter is a copy of that letter that was sent on or about July 14, 2009.

2141 Wisconsin Avenue, N.W., Suite C-2 • Washington, D.C. 20007 • Toll-Free: (888) 275-2757
Phone: 202-625-7000 • Fax: 202-625-7001 • www.APLegal.com • info@APLegal.com



EXHIBIT

5

# GREENBERG & LIEBERMAN LLC

2
Mr. Rafael Foss
August 12, 2009

Yahoo! Inc. complied with the DMCA letter and "pulled down" the web pages associated with the domain name 888444PAIN.COM. In the course of our investigation, we determined that you are the person that authorized the broadcast of commercials that included the mark 888444PAIN and the same or similar content as is broadcasted by our client, Mr. Lewin.

Mr. Lewin did not grant permission for you to use material that is the same of similar to his copyrighted commercials and confusingly similar to his registered mark 411PAIN and his mark 800-411-PAIN.

You are hereby notified that our client objects to your unauthorized use of a mark that is confusingly similar to his marks 411PAIN and 800-411-PAIN. Your malicious use of our client's intellectual property is unlawful and causes irreparable harm to the reputation, goodwill and rights associated with our client's exclusive trademark. Moreover, you are hereby notified that our client objects to your unauthorized use of material that infringes the copyrighted material created by our client.

Accordingly, demand is hereby made that you, Rafael Foss, immediately **cease and desist** from any use and/or exploitation (and/or contributing in any manner, by any method, process or means to any unauthorized use and/or exploitation by a third party) of any and all of our client's intellectual property including, without limitation, the intentional use of a mark that is confusingly similar to a competitors trademark by using the domain name 888444PAIN.COM, advertising the mark 888-444-PAIN through the web pages located at 888444PAIN.COM and through Channel 39's broadcast of your commercials. Rafael Foss knowingly and intentionally diverted Mr. Lewin's customers away from our client's web site and to a competitors web pages. Mr. Foss' actions have caused damages to Mr. Lewin in the form of lost customers, lost profits, lost market share and the diminution of trademark identification.

On behalf of our client, we are hereby formally placing Rafael Foss on notice that his use of the 888444PAIN trademark is an unfair trade practice, which is a violation of unfair competition laws. We therefore demand that you provide to us within **TEN (10) days** from the date of this letter, your written assurance that Rafael Foss has done the following:

1. Immediately **ceased** all use and all future use of any domain name, mark or phrase that is confusingly similar to Mr. Lewins' trademarks 411PAIN and 800-411-PAIN; and
2. Immediately contacted Mr. Charles Senit at 312-222-9100, the legal counsel for Channel 39, 200 E. Las Olas Blvd., Ft. Lauderdale, FL 33301 and instruct Mr. Senit that Channel 39 must immediately **cease and desist** broadcasting your commercials that incorporate 888444PAIN and any other confusingly similar mark to our client's mark 800-411-PAIN and 411PAIN.

Should you fail to comply in a complete and timely manner with the demands set forth in this letter be advised that any continued use or exploitation of our clients' intellectual property

# GREENBERG & LIEBERMAN LLC

3
Mr. Rafael Foss
August 12, 2009

will constitute intentional infringement of our client's exclusive rights to the mark 411PAIN and 800-411-PAIN which will entitle our client to seek additional damages.

Be further advised that in the event you fail to comply with the demands made herein, our client shall without further notice or formality take whatever legal action he deems necessary and appropriate to protect his rights in the mark 411PAIN and 800411PAIN, including, without limitation, commencing legal action against Rafael Foss in the unlawful activities in which you are engaged. Such actions would seek statutory and punitive damages with respect to, without limitation, act(s) of trademark infringement and copyright infringement. Such damages could also include, without limitation, any and all profits you have derived from the unlawful use of the mark 888444PAIN including, attorneys fees, punitive damages and interest and/or such other damages as may be available to our client.

This letter is not a complete statement of our client's rights or an exhaustive listing of all facts relating to the claims set forth herein. Nothing contained in or omitted from this letter shall be deemed to be an admission of any fact or a waiver of any rights or remedies with respect to the subject matter hereof, all of which rights and remedies are hereby expressly reserved.

Please contact us as Greenberg & Lieberman, LLC immediately in order to avoid further liability.

Respectfully,

Stevan H. Lieberman, Esq. (stevan@aplegal.com)
Debora J. McCormick, Esq. (deb@aplegal.com
Greenberg & Lieberman, LLC

Enclosures:
    Registration No. 2621497
    July 14, 2009 DMCA Letter

cc:   Robert C. Lewin
    Channel 39 / Marilyn Hanson and Mr. Senit

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Address<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Jesse Good<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Mr. Rafael Foss<br>4212 North Lake Blvd.<br>Palm Beach Gardens, FL<br>33467<br><br>RECEIVED AUG 2 0 2009 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0001 4602 8955 |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1 |



# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

Previous on List          Next on List          Return To List

No Events               No Name History

## Detail by Entity Name

## Florida Profit Corporation

888-444-PAIN, INC.

## Filing Information

Document Number   P08000076471
FEI/EIN Number    263189939
Date Filed        08/15/2008
State             FL
Status            ACTIVE

## Principal Address

4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

## Mailing Address

4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

## Registered Agent Name & Address

FOSS, RAFAEL
4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

Name Changed: 04/28/2009

Address Changed: 04/28/2009

## Officer/Director Detail

**Name & Address**

Title MM

FOSS, RAFAEL
4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

## Annual Reports

**Report Year   Filed Date**
2009          04/28/2009

## Document Images

EXHIBIT
6

04/28/2009 -- ANNUAL REPORT   View image in PDF format

08/15/2008 -- Domestic Profit   View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**        Entity Name Search

**No Events**   **No Name History**                                       Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

**Previous on List**     **Next on List**     **Return To List**

**Events**          **Name History**

## Detail by Entity Name

### Florida Limited Liability Company

ACCIDENT AND WELLNESS CENTERS LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L07000115512 |
| **FEI/EIN Number** | 412258357 |
| **Date Filed** | 11/15/2007 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 11/14/2007 |
| **Last Event** | LC NAME CHANGE |
| **Event Date Filed** | 12/20/2007 |
| **Event Effective Date** | NONE |

### Principal Address

4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

### Mailing Address

4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

### Registered Agent Name & Address

FOSS, RAFAEL
4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33462 US

Address Changed: 04/28/2009

### Manager/Member Detail

**Name & Address**

Title MGRM

FOSS, RAFAEL
4212 NORTHLAKE BLVD
PALM BEACH GARDENS FL 33410

### Annual Reports

**Report Year  Filed Date**
2008          03/20/2008

2009       04/28/2009

## Document Images

04/28/2009 -- ANNUAL REPORT       [ View image in PDF format ]

03/20/2008 -- ANNUAL REPORT       [ View image in PDF format ]

12/20/2007 -- LC Name Change      [ View image in PDF format ]

11/15/2007 -- Florida Limited Liability   [ View image in PDF format ]

| **Note:** This is not official record. See documents if question or conflict. |

**Previous on List**     **Next on List**     **Return To List**          Entity Name Search

**Events**               **Name History**                                 [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# 2009 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED
Apr 28, 2009
Secretary of State**

## DOCUMENT# L07000115512

**Entity Name:** ACCIDENT AND WELLNESS CENTERS LLC

**Current Principal Place of Business:**

4212 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33410

**New Principal Place of Business:**

**Current Mailing Address:**

4212 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33410

**New Mailing Address:**

**FEI Number: 41-2258357**     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FOSS, RAFAEL
500 SCOTIA DR. APT. 303
HYPOLUXO, FL 33462     US

**Name and Address of New Registered Agent:**

FOSS, RAFAEL
4212 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33462     US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  RAFAEL FOSS                                                      04/28/2009

_____Electronic Signature of Registered Agent_____                    _____Date_____

**MANAGING MEMBERS/MANAGERS:**

| | |
|---|---|
| Title: | MGRM    ( ) Delete |
| Name: | FOSS, RAFAEL |
| Address: | 500 SCOTIA DR. APT. 303 |
| City-St-Zip: | HYPOLUXO, FL 33462 |

**ADDITIONS/CHANGES:**

| | |
|---|---|
| Title: | MGRM    (X) Change  ( ) Addition |
| Name: | FOSS, RAFAEL |
| Address: | 4212 NORTHLAKE BLVD |
| City-St-Zip: | PALM BEACH GARDENS, FL 33410 |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  RAFAEL FOSS                              MM                    04/28/2009

_____Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

ROBERT C. LEWIN, individually,                )
and BROWARD REHAB CENTER INC.         )
                                                           )
                        Plaintiffs                    )
                                                           )
        v.                                                 )
                                                           )
RAFAEL FOSS, individually, 888-444-PAIN, )
INC.and ACCIDENT AND WELLNESS         )
CENTERS LLC                                      )
                                                           )
                        Defendants.                 )
_____ )

## DECLARATION OF BARRY RAXENBERG

I, Barry Raxenberg, being duly sworn, declare:

1.      I am over 18 years of age, and I am an authorized Licensee of the 411PAIN mark from the Broward Rehab Center Inc.

2.      I am a Florida licensed Chiropractor with offices at Delray Beach, West Palm Beach and Port St. Lucie. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto.

3.      On November 10, 2009 our offices received a phone call from Ms. Tonia Williams- Soloman.

4.      Ms. Williams-Soloman was very upset and complained that the offices were very unprofessional. It was not a 411affiliated medical office.

1

5. I asked Ms. Williams-Soloman which office she had been when she was treated unprofessionally and she provided me with the address: 4212 Northlake Blvd, Palm Beach Gardens, Fl 33410.

6. I explained to Ms. Williams-Solomon that said office address is not one maintained by and associated with 411PAIN and 800-411PAIN with the associated phone number 800-411-7246.

7. Ms. Williams-Soloman stated that she called 800-411PAIN in order to reach the 4212 Northlake Blvd office and was told by Dr. Foss that the office was a 411PAIN office.

8. Clearly, Ms. Williams-Soloman was confused because the 800-411-7246 number is not associated with Dr. Foss's 4212 Northlake Blvd office.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the forgoing is true and correct, and that this declaration was executed on December ____, 2009, at West Palm Beach, Florida.

Barry Raxenberg


Signature

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

| | |
|---|---|
| ROBERT C. LEWIN, individually, and BROWARD REHAB CENTER INC. | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) ) |
| RAFAEL FOSS, individually, 888-444-PAIN, INC. and ACCIDENT AND WELLNESS CENTERS LLC | ) ) ) ) |
| Defendants. | ) ) ) |

I, Robert Lewin, being duly sworn, declare:

1.    I am over 18 years of age, and I am the owner of Broward Rehab Center Inc., (Hereinafter "Broward Rehab"), with a primary business address of 2659 W. Oakland Park Blvd, Oakland Park, FL 33311. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would testify competently thereto

2.    I, Robert Lewin, a Florida resident, have been the owner / President of Broward Rehab since 1995 and am a Florida registered Chiropractor.

3.    Broward Rehab places advertisements for all of my Chiropractic offices including:

     a.   Broward Rehab, 2659 West Oakland Park, Blvd, Oakland Park FL 33311;

     b.   Hollywood Injury Rehabilitation, Inc. 2544 N. State Rd. 7, Hollywood Florida, 33021;

    c.   Dade Injury Rehabilitation, Inc., 17325 NW 27th Ave, Suite 111, Miami Gardens, FL 33056;

    d.   Metro Injury & Rehab Center, Inc, 17971 Biscayne Blvd, suite 103, Aventura FL 33160;

    e.   Metro Injury, LLC, 2460 Highway 100 South, St. Louis Park, MN 55416; and

    f.   Metro Injury, LLC, 1821 St. Clair Avenue, St. Paul, MN 55105.

4.    The above listed offices have over 100 full and part time employees combined.

5.    Broward Rehab has been in business since November 1995; Hollywood Injury Rehabilitation has been in business since 1997; Dade Injury Rehabilitation has been in business since 1998; Metro Injury & Rehab Center, Inc has been in business since 2002.

6.    Since 1996 Broward Rehab has spent in excess of $13 Million promoting its 800-411PAIN mark in numerous states, including, but not limited to: Florida, Massachusetts, Minnesota, Georgia, on multiple formats including: television, radio, print and the Internet.

7.    I obtained access to the telephone number 800-411-7246 (PAIN) in 1997.

8.    I advertise the 411PAIN mark in the following venues advertising in Florida: Miami / Ft Lauderdale, West Palm, Orlando, Naples / Ft. Meyers, Ocala / Gainesville, and Tallahassee.

9.    I advertise the 411PAIN mark in the Minneapolis / St. Paul, Minnesota advertising venue.

10.    I license the use of the 411PAIN mark in Boston Massachusetts, Louisville, Kentucky, Memphis Tennessee, and Atlanta Georgia.

11.    A true and correct copy of Broward Rehab's "still shots" from an advertising video shown on Channel 39 showing the 800-411PAIN mark along with the numbers "7246" for which the word "PAIN" represents is attached herein as Exhibit A.

12.    Attached hereto as Exhibit B is a true and correct copy of "screen shots" of the advertisements shown on the web pages located at 411PAIN.COM showing the advertisements relating to the domain name 411PAIN.COM.

13.    Attached as Exhibit C is a true and correct copy of "screen shots" from a representative example of Foss & Companies commercials as well as a number of 888-444-PAIN and the Internet web address of <www.888444PAIN.com>.

14.    Upon information and belief, based on my knowledge of the records and files in this matter, I believe that all the Exhibits A though C, including those attached hereto, submitted concurrently herewith, which are incorporated herein by reference, are true and correct copies of the documents which they report to be.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the forgoing is true and correct, and that this declaration was executed on December _____, 2009, at Oakland Park, Florida.

Robert Lewin

Signature

1-800-411·

WWW.411PAIN.COM

24 HOURS A DAY - 7 DAYS A WEEK

Se Habla Español - Nou Palé Creole



EXHIBIT
A



# 1·800·411·



Get the 411... 24 hours a day, 7 days a week, saturday, sunday even christmas day.™

You may be eligible for THOUSANDS OF DOLLARS in benefits! Act Now!

Home    About 411-Pain    FAQ's    Contact Us

ENGLISH ESPAÑOL

411. BLOG

911    411



24 HOURS A DAY - 7 DAYS A WEEK
Se Habla Espanol · Nou Palé Creole

1·800·411· PLAYVIDEO 7 2 4 6

Welcome to 411 Pain.com

more videos

**RSS Box Error**
2009-12-14, 16:15:9h

**Oops, something went wrong...**
An error occurred while processing the request to the JavaScript RSS Box Viewer.

**An error message was returned by the server.**
This page contains the following error:error on line 65 at column 30: Opening and ending tag mismatch: br line 0 and div Below is a rendering of the page up to the first error.

Most likely, this might have happened because of a non-existent or invalid RSS feed URL. Please check and possibly correct your input, then try again.

RSS box by g3k.org

Car Accident?
remember...
after 911, call 411.










## AUTO ACCIDENT

## LOST WAGES

## SLIP & FALL

## WORKERS COMP

## OTHER ACCIDENTS

**Contact Us:**

REQUEST CALLBACK

Call: 1-800-411-7246 Email: info@411pain.com

Chat with Us:

ONLINE
CLICK FOR LIVE SUPPORT
Live Support by OCC

**Connect with Us:**

f Share s

**Recent Blog Post:**

**Hello world!**
Friday, November 27, 2009
6:26 AM

Welcome to WordPress. This is your first post. Edit or delete it, then start blogging!

EXHIBIT
tabbles

# 1·800·411·



ENGLISH·ESPANOL

Get the 411... 24 hours a day, 7 days a week, saturday, sunday even christmas day.™

## Contact Us:



Call: 1-800-411-7246 Email: info@411pain.com

**Chat with Us:**



LiveSupport

**Connect with Us:**



You may be eligible for THOUSANDS OF DOLLARS in benefits! Act Now!

 **AUTO ACCIDENT**

 **LOST WAGES**

 **SLIP & FALL**

 **WORKERS COMP**

 **OTHER ACCIDENTS**

---

Home   About 411-Pain   FAQ's   Contact Us

Email:

Message:

Submit

## 411 Pain

### Just another WordPress weblog

**Hello world!**

Friday, November 27, 2009 6:26 AM

Welcome to WordPress. This is your first post. Edit or delete it, then start blogging!

# Car Wreck ?

# You May Be Entitled To
# $10,000
# in Injury Benefits

# 888-444-PAIN (7246)



tabbies

EXHIBIT



JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**1.(a) PLAINTIFFS** ROBERT C. LEWIN, individually, and BROWARD REHAB CENTER INC.

**09-82448**

**DEFENDANTS** RAFAEL FOSS, individually, 888-444-PAIN, INC. and ACCIDENT AND WELLNESS CENTERS LLC

**CIV-RYSKAMP**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

09-82448-cv-Ryskamp/Vitunac

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 305-854-0900
Jorge Espinosa, Espinosa Trueba PL
3001 S.W. 3rd Avenue, Miami, FL 33129

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
VITUNAC

FILED by TRT D.C.
DEC 2 2 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. OF FLA. – MIAMI

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑1 | ☑1 | Incorporated or Principal Place of Business in This State | ☑4 | ☑4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### A. CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement f Judgment
- ☐ 151 Medicare Act
- B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran $ Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

### A TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury – Med Malpractice
- ☐ 365 Personal Injury- Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
- B☐ 610 Agriculture
- B☐ 620 Other Food & Drug
- B☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- B☐ 660 Occupational Safety/ Health
- B☐ 690 Other

### A LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- A☐ 791 Empl Ret Inc. Security Act

### A BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### A PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☑ 840 Trademark

### B SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- A☐ 870 Taxes (U.S. Plaintiff or Defendant)
- A☐ 871 IRS – Third Party 26 USC 7609

### A OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- B☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/ Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitution of the State Statutes
- ☐ 890 Other Statutory Actions

A OR B

### A REAL PROPERTY
- ☐ 210 Land Condemnation
- B☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### A CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- B☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS**
- B☐ 530 General
- A☐ 535 Death Penalty
- B☐ 540 Mandamus & Other
- B☐ 550 Civil Rights
- B☐ 555 Prison Condition

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) -

15 USC §1114, 1125(a), 1117

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ YES   ☐ : NO

## VIII. RELATED CASE(S) (See Instructions) :

IF ANY          JUDGE _____   DOCKET NUMBER: _____

DATE 12/22/09          SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # 101488   AMOUNT $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____
12/22/09