UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-82448-CIV-RYSKAMP/VITUNAC

| | |
|---|---|
| ROBERT C. LEWIN, individually, and BROWARD REHAB CENTER INC. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| RAFAEL FOSS, individually, 888-444-PAIN, INC. and ACCIDENT AND WELLNESS CENTERS LLC | )<br>)<br>)<br>) |
| Defendants.<br>_____ | )<br>) / |

## JOINT STIPULATION TO APPROVE CONSENT
## FINAL JUDGMENT OF DAMAGES AND PERMANENT INJUNCTION

The parties, Robert C. Lewin ("Lewin") and Broward Rehab Center ("BRC") (Lewin and BRC, collectively, "Plaintiffs"), and Rafael Foss ("Foss"), 888-444-PAIN, Inc., and Accident and Wellness Centers, LLC (collectively, the "Defendants") hereby give notice that the above-captioned matter has been compromised and settled, pursuant to the terms of a confidential settlement agreement and the Consent Final Judgment of Damages and Permanent Injunction, which has been executed by the parties concerned and is attached hereto. The parties respectfully ask that the Court enter the attached Consent Final Judgment of Damages and Permanent Injunction as a Final Judgment of this Court.

Dated: May 11, 2010

Respectfully submitted,

| ESPINOSA | TRUEBA PL | BUTZEL LONG, a professional corporation |
|---|---|
| 3001 SW 3rd Avenue | 350 S Main Street, Suite 300 |
| Miami, Florida 33129 | Ann Arbor, MI 48104-2131 |
| Tel:   305.854.0900 | Tel: 734-995-3110 |
| Fax:  305.285.5555 | Fax: 734-995-1777 |

| | |
|---|---|
| By:   s/Michael E. Tschupp<br>Jorge Espinosa<br>Florida Bar No.  779032<br>jespinosa@etlaw.com<br>William R. Trueba, Jr.<br>Florida Bar. No. 117544<br>wtrueba@etlaw.com<br>Michael Tschupp<br>Mtschupp@etlaw.com<br>Florida Bar No. 34656<br>mtschupp@etlaw.com<br>*Counsel for Plaintiffs* | By:   s/J. Michael Huget(with express consent)<br>John C. Blattner<br>*Admitted pro hac vice*<br>blattner@butzel.com<br>J. Michael Huget<br>*Admitted pro hac vice*<br>huget@butzel.com<br>Christopher B. Hopkins<br>Florida Bar No. 116122<br>Hopkins@butzel.com<br>Guy E. Quattlebaum<br>Florida Bar No. 86185<br>Quattlebaum@butzel.com<br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2010, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/Michael Tschupp
                                                        Michael Tschupp

**SERVICE LIST**
Lewin, et al. versus Foss et al.
Case No. 09-82448-Civ-Ryskamp/Vitunac
United States District Court, Southern District of Florida

Jorge Espinosa, Esq.
Florida Bar No.  779032
jespinosa@etlaw.com
Michael E. Tschupp, Esq.
Florida Bar No. 34656
mtschupp@etlaw.com
ESPINOSA|TRUEBA PL
3001 SW 3rd Ave.
Miami, Florida  33129
Tel:     (305) 854-0900
Fax:     (305) 285-5555
*Attorneys for Plaintiffs via CM/ECF*

Christopher Benton Hopkins
Butzel Long
125 Worth Avenue
Suite 330
Palm Beach, FL 33480
561-659-8676
Fax: 561-659-8679
Email: hopkins@butzel.com
*Attorneys for Defendants via CM/ECF*


Guy E. Quattlebaum
Butzel Long
125 Worth Avenue
Suite 330
Palm Beach, FL 33480
561-659-8676
Fax: 561-659-8679
Email: quattlebaum@butzel.com
*Attorneys for Defendants via CM/ECF*


J. Michael Huget
Butzel Long
350 S Main Street
Suite 300
Ann Arbor, MI 48104-2131
734-995-3110
Fax: 734-995-1777

Email: huget@butzel.com
*Attorneys for Defendants via CM/ECF*

John C. Blattner
Butzel Long
350 S Main Street
Suite 300
Ann Arbor, MI 48104-2131
734-995-3110
Email: blattner@butzel.com
*Attorneys for Defendants via CM/ECF*