UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-82448-CIV-RYSKAMP/VITUNAC

ROBERT C. LEWIN, individually, )
and BROWARD REHAB CENTER INC. )
                               )
         Plaintiffs,           )
                               )
     v.                        )
                               )
RAFAEL FOSS, individually, 888-444-PAIN, )
INC. and ACCIDENT AND WELLNESS )
CENTERS LLC                    )
                               )
         Defendants.           )
_____/

### CONSENT FINAL JUDGMENT OF DAMAGES AND PERMANENT INJUNCTION

**THIS CAUSE** came before the undersigned United States District Judge upon the consent of the parties Robert C. Lewin ("Lewin") and Broward Rehab Center ("BRC") (Lewin and BRC, collectively, "Plaintiffs"), and Rafael Foss ("Foss"), 888-444-PAIN, Inc., and Accident and Wellness Centers, LLC (collectively, the "Corporate Defendants", and Foss and the Corporate Defendants, collectively, the "Defendants"), who have communicated to the Court that they have arrived at a confidential settlement of the above-captioned suit. The Court, having reviewed the pleadings of record, and being otherwise duly advised, makes the following Findings of Fact:

1. The Court has subject matter and personal jurisdiction over the parties to this lawsuit.

2. Venue is proper in this Court.

3. Mr. Lewin is the current owner of United States Service Mark 411PAIN, Registration No. 2,621,497, for "advertising agency services and providing medical information

in the field of pain and general health care services" with a date of first use of July 1, 1996 and a registration date of September 17, 2002.

4. This registration is valid and subsisting and in full force and effect and has been granted incontestable status under Section 15 of the Lanham Act.

5. Broward Rehab has used the federally registered and incontestable mark 411PAIN for advertising agency services and providing medical information in the field of pain and general health care services since 1996, the 800-411PAIN mark, which incorporates the registered 411PAIN mark, for medical information services, general health care services and accident recovery information services since 1997, and the 411PAIN.COM mark and domain name for advertising agency services, medical information services, general health care services and accident recovery information since 1998.

6. As a result of the supervision and control exercised by Broward Rehab over the nature and quality of the services offered in connection with the 411PAIN marks, and the extensive advertising, sale and public acceptance of the marks, these distinctive marks have acquired celebrity symbolizing the extensive goodwill that Broward Rehab had created throughout the United States. Therefore, the distinctive family of 411PAIN marks has acquired significant secondary meaning in the minds of the relevant public and has become famous.

7. In mid 2008, Defendants began using the confusingly similar mark 888-444-PAIN and the associated phone number 888-444-7246, the trade name 888-444-PAIN, Inc. and the domain name 888444PAIN. COM (collectively the "888-444-PAIN Marks and Trade Name") in various media advertisements in the South Florida.

8. Corporate Defendants offer the same services as Broward Rehab. Corporate Defendants' advertisements request that consumers call the 888-444-PAIN number (888-444-7246), or go to the web pages located at <www.888444PAIN.com> to receive health care

2

information and general information about getting help after they have been in an accident. In essence, Corporate Defendants are offering medical information services, general health care information services and accident recovery information services via the same media channels in the same geographical area and to the same consumers as Broward Rehab.

9. Defendants' use of the 888-444-PAIN Marks and Trade Name, as well as the telephone number phone number 888-444-7246, as well as any similar marks, trade names, or telephone numbers, is likely to cause consumer confusion.

10. Unless Defendants' conduct is enjoined, Plaintiffs will suffer irreparable harm to their trademarks and the good will associated therewith which may not be remedied through money damages.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants on all counts of Plaintiffs' Complaint;

2. Judgment for damages in the amount of $5,000,000.00 is hereby entered in favor of the Plaintiffs and against the Corporate Defendants, jointly and severally, for which let execution issue;

3. Each party is to bear its own attorneys fees and costs incurred in relation to this case;

4. All pending motions are **DENIED AS MOOT**;

5. Defendants Rafael Foss, 888-444-PAIN, Inc. and Accident and Wellness Centers, LLC (collectively, "Defendants"), their respective agents, licensees, servants, employees, successors and assigns, and all corporations in which any of them has an ownership interest or

controls, and all others in concert and privity with any of them are permanently enjoined, from directly or indirectly:

    (i)    using the word PAIN in combination with any combination of numbers (including but not limited to 411PAIN or 444PAIN) as a mark, a domain name, as a trade name, or in a mnemonic telephone number without Plaintiffs' written consent;

    (ii)    using a mark, a domain name, trade name, trade dress or mnemonic telephone number which is confusingly similar to Plaintiffs' trademarks or trade dress without Plaintiffs' written consent;

    (iii)    using any confusingly similar variations of "411" and "PAIN," alone or in combination with any other letters, words, letter strings, phrases, or designs in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites, in domain names, as names for business entities, or in mnemonic telephone numbers) without Plaintiffs' written consent except that Defendants may make fair use of the words in a non-confusing manner;

    (iv)    engaging in any course of conduct likely to cause confusion, deception or mistake, or injure Plaintiffs' business reputation, or weaken the distinctive quality of Plaintiffs' marks without Plaintiffs' written consent;

    (v)    infringing any of Plaintiffs' trademarks or trade dress;

    (vi)    engaging in unfair competition against Plaintiffs;

    (vii)    claiming any connection or affiliation with Plaintiffs, or endorsement from Plaintiffs without Plaintiffs' written consent; and

    (viii)    disparaging Plaintiffs goods or services.

6. Defendants shall immediately transfer control of the telephone number 888-444-7246 to Plaintiffs;

7. Defendants shall immediately transfer the domain name 888444PAIN.COM to Plaintiffs;

8. Defendants will either destroy, or in the case of digital material, delete, any advertising materials in their possesion, custody, or control, that use the word PAIN to identify the source of their goods or services, or the numbers "411", "444" or any combinations which include the number 4 and/or 1, or that reference the telephone number 888-444-7246, or any use that is confusingly similar with Plaintiffs' marks, within sixty (60) days of this Order. At the end of that time, Defendants shall provide Plaintiffs with written confirmation, under penalty of perjury, that they have complied with the requirements of this paragraph. Such written confirmation will list each item in question and state whether it has been destroyed or deleted.

9. This Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of this judgment.

This the _____ day of May, 2010.

                                                       Kenneth L. Ryskamp
                                                       United States District Judge

**CONSENTED TO BY:**

**COUNSEL FOR RAFAEL FOSS, 888-444-PAIN, INC.,
and ACCIDENT AND WELLNESS CENTERS, LLC**

BUTZEL LONG, a professional corporation

By: _____
     John C. Blattner
     *Admitted pro hac vice*
     blattner@butzel.com

5

J. Michael Huget
*Admitted pro hac vice*
huget@butzel.com
Christopher B. Hopkins
Florida Bar No. 116122
Hopkins@butzel.com
Guy E. Quattlebaum
Florida Bar No. 86185
Quattlebaum@butzel.com
350 S Main Street, Suite 300
Ann Arbor, MI 48104-2131
Tel:734-995-3110
Fax: 734-995-1777


**COUNSEL FOR ROBERT C. LEWIN and BROWARD REHAB CENRTER, INC.**


ESPINOSA | TRUEBA P.L.

By: _____
Jorge Espinosa
Florida Bar No. 779032
jespinosa@etlaw.com
Michael E. Tschupp
Florida Bar No. 34656
mtschupp@etlaw.com
3001 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 854-0900
Facsimile: (305) 285-5555